USDC SCAN INDEX SHEET

















LLH    12/18/00    14:25
3:00-CV-01800   293 EDISON CORP V. EQUITRADE SECURITIES
*25*
*MO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. IRMA E. GONZALEZ _____ DEPUTY CLK: L. FUCHIGAMI REPORTER:_____

=========================================================================
IN CHAMBERS:

00CV1800-IEG(LSP)   293 EDISON CORP, ET AL., V. EQUITRADE SECURITIES, ET AL.

                    N/A                    N/A


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DEFTS MOTION TO COMPEL ARBITRATION - [5-1]-SUBMITTED COURT TO PREPARE ORDER


DATE: 12-18-00

DEPUTY