








```
VLS    12/26/00    10:54
3:00-CV-01800   293 EDISON CORP V. EQUITRADE SECURITIES
*27*
*MO.*
```

C O R R E C T E D

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. IRMA E. GONZALEZ     DEPUTY CLK: L. FUCHIGAMI REPORTER: _____

===================================================================
IN CHAMBERS:

00CV1800-IEG(LSP) 293 EDISON CORP et al., v. EQUITRADE SECURITIES et al.,

                    N/A                 N/A

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**DEFTS MOT TO COMPEL ARBITRATION (5-1)-WITHDRAWN** 12-15-00

DATE: 12/22/00 nunc Pro Tunc 12-18-00

27 ULS

DEPUTY